555 new

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name WHITE JOHN N.
(Last) (First) (Initial)

Prisoner Number P-71837

Institutional Address SQRC GYM 338
SAN QUENTIN, CA. 94964

FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN WHITE INMATES 1 THROUGH 52
(Enter the full name of plaintiff in this action.)

vs.

DIRECTOR OF CORRECTIONS
TILLMAN ET ALII
DOES 1 - 100

(Enter the full name of the defendant(s) in this action)

CV 08 0760

Case No. ______
(To be provided by the clerk of court)

PJH

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

E-filing

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement SQRC

B. Is there a grievance procedure in this institution?

YES (X) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the

08-Fled PJH

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal NO RESPONCE

2. First formal level NO RESPONCE

3. Second formal level N/A

4 Third formal level N/A

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( ) NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. TRIED FAILED TO RESPOND DEFAULT

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

JOHN WHITE SQRC, GYM 338 SAN QUENTIN, CA 94964
SEE ATTACHED 1 THROUGH 8 PGS. INMATES 1 THROUGH 52

B. Write the full name of each defendant, his or her official position, and his or her

place of employment.

CDC DIRECTOR OF CORRECTIONS, TILLMAN

SAN QUENTIN WARDEN AYERS

DOES 1 THROUGH 100

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

COUNT 1: C.D.C.R. DIRECTOR TILLMAN, S.Q.R.C. WARDEN AYERS, REFUSES TO COMPLY WITH THE FIRE MARSHALLS ORDERS TO REDUSE OVERCROWDING IN THE AILEWAYS BY REMOVING (50) FIFTY BEDS FROM THE GYM. TWO (2) DAYS AFTER THE MARSHALLS INSPECTION ALL FIFTY (50) BEDS WERE RETURNED INTO THE GYM RESTORING THE OVER-CROWDED CONDITIONS.

COUNT 2: THIS OVERCROWDED CONDITION CREATES A RATIO OF THIRTY FIVE (35) INMATES PER WORKING TOILET. BECAUSE OF OVERUSE AND AGE OF THE PLUMBING THERE IS CONSTANT FLOODING OF URINE AND FECES TRACKED THROUGHOUT THE GYM RESULTING IN UNSANITARY CONDITIONS.

(SEE ATTACHED)

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

COUNT 3: BECAUSE OF THE EXPOSURE TO URINE AND FECES THERE ARE CONSISTANTLY HIGH CASES OF STAPH, HEPATITUS, AND OTHER INFECTIONS.

COUNT 4: SAN QUENTINS GYMNASIUM IS CURRENTLY UNHEATED AND HAS BEEN FOR AT LEAST SIX (6) MONTHS. WARDEN AYERS HAS CORRECTIONAL OFFICERS TURN ON THE EMERGENCY BLOWERS TO VENT IN COLD AIR INTO THE UNHEATED GYM. THIS IS DONE AS PUNISHMENT. SOMETIMES IT GETS SO COLD YOU CAN SEE YOUR BREATH IN THE MORNING, THIS FORM OF PUNISHMENT GOES ON FOR PROLONGED PERIODS OF TIME, OFTEN DAYS. STAFF WEARS FULL WINTER WEAR AND USES SPACE HEATERS TO KEEP THEIR FEET WARM.

COUNT 5: DIRECTOR TILLMAN HAS A POLICY OF RACIAL BIAS. THIS POLICY IS USED AS CROWD CONTROL, TO CREATE OVERTIME AND HAZARD PAY. IE. BECAUSE OF OVERCROWDING AND HIGH STRESS LEVELS FIGHTS OFTEN OCCURR. ON JAN. 23, 2008, THERE WAS AN INCIDENT THAT INVOLVED ALL BLACK INMATES, RESULTING IN ONE (1) BLACK INMATE BEING SEVERELY BEATEN BY AT LEAST FIVE (5) OTHER BLACK INMATES SEVERAL TIMES OVER A TWO (2) HOUR PERIOD. WHEN STAFF FINALLY REMOVED THE BEATEN INMATE, NORMAL PROGRAM WAS RESUMED WITHOUT DELAY. THE FOLLOWING DAY STAFF PLACED A KNOWN PROTECTIVE CUSTODY WHITE INMATE INTO THE GENERAL POPULATION OF THE GYM, RESULTING IN AN UNKNOWN ASSAILANT ATTACKING THE WHITE INMATE. STAFF IMMEDIATELY DECLARED AN EMERGENCY, BROUGHT IN A GUNNER, AND LOCKED DOWN ONLY THE WHITE INMATES, WITH LOSS OF ALL PRIVALAGES

DENYING THE WHITE INMATES THE ABILITY TO PURCHASE HYGIENE AND COSMETICS. STAFF OFTEN USES ONE(1) RACE AGAINST THE OTHER TO INSTIGATE FIGHTS AND PRE-JUDICE TO KEEP ONE(1) RACE OR THE OTHER LOCKED DOWN FOR CROWD CONTROL REASONS. DIRECTOR TILLMAN, AND C.D.C.R. HAS TWO(2) POLICIES, ONE(1) FOR WHITES, AND ONE(1) FOR ALL OTHER RACES.

MONETARY DAMAGES

PUNITIVE DAMAGES, INJUNCTIVE RELIEF, ANY OTHER RELIEF THE COURT DEEMS FIT

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of JANUARY, 20 08

[signature]
(Plaintiff's signature) JOHN WHITE

James Cobb 1-27-08

Thomas [illegible] 1-27-08

Tom Foster 1-27-08

[illegible] 1-27-08

Marco [illegible] 1/27/08

Albion R [illegible] 1-27-08

Aaron [illegible] 1-27-08

John Richard [illegible] 1-27-08

Jerry Schlegel 1-27-08

Matthew E Baumle 1-27-08

Gary Lee Boggs 1-27-08

[illegible] 1-27-08

[signature] 1-27-08

Richard L Chaney 1-27-08

Chris Louis JAN 27-08
Scotti Caya Jan 27 - 2K8
Roy Rabz JAN. 27, 08
John D Sly JAN 27 2008
Rod Canthelle JAN 27, 2008
[illegible] Jan 27, 2008
[illegible] January 27 2008
[illegible]
1/27/08
Allen [illegible] 1/27/08
[illegible] 1/27/08
James Castellano 1/27/08
[illegible] 1-27-08
Daniel [illegible] 1-27-08
Jon Cunningham 1-27-08
James Martin 1-27-08
Dennis R. Kanen 1-27-08
Boyd Mello 1-27-08
Tommy Scofland 1-27-08
T. Purcell T-39668 1.27.08
J. Vargas T-51447 1-27-08
[illegible] F17193 1/27/08
[illegible] Schaf J65334 1/27/08
Ronald J. Peer F44493 1/27/08

[illegible] 1/27/08
[illegible] 1-27-08
[illegible] 1-27-08
Robert A. Williams 1-27-08
[illegible] 1-27-08
Charles [illegible] 1-27-08
Brian Vaughn V59339 1-27-08
Gary Valentine V70854 1-27-08
[illegible] V12961 1/27/08
[illegible] F76128 1-27-08
Paul Pimentel T74537 1-27-08
David King V59224 1-27-08
RDS V41452 01/27/08
Dennis G. Hopkins Dennis G. Hopkins F22518-01/27/08

DAVID KING V59224 NOV 1 '07 - DEC '07
C/o 2526 "L" STREET #309 JAN. 22 - PRESENT
SACRAMENTO, CA. 95816

ANATOLIO P. KABANCIW JAN. 08 - 31th
600 MORGAN ST.
SANTA ROSA CA 95403

KC W. Whitten V67035 Jan, 16, 08 / 1-24/08
29 Alta Dr. petaluma, ca. 94954

Zachary Scott Roe V-84072 Nov, 19, 08 (Jan, 26, 08
300 STONY POINT RD. #196 Santa Rosa. Ca. 95401

Keith Steimle F73506 1-5-08 - 1-26-08
87 Spencer St. Delta, MO. 63744

ROD CANTRELLE 12-13-07 [illegible] -1-27-08
P96518 512 SEAGULL DR SUISUN CITY CA 94585

ALBURN WILSON T-91226 11/15/07 1/27/08
1903 LINCOLN WY
S.F., CA 94122

Shane Hall #P08891 Dec 28 2007 till 1/27/0
520 Lisbon st.
San Francisco, Ca. 94112

2-3-07 / 4-18-07 — 5-20-07 / 7-2-07 — 9-14-07 / 1-26-08

[signature] JOHN WHITE P-71837
7960 B SOQUEL RD #229 APTOS, CA. 95003
1127 BROOKS AVE ROSENBERG, TX 77471

1/22/08 1/26/08 [signature] JAMES COBB V01005
670-B GARCIA AVE PITTSBURG CA 94565

9/26/07 1/26/08 [signature] - BRIAN CASTILLO V07359
2028 EVAN'S RD. #4 CERES, CA. 95307

1/2/07 - 1/26/08 Dennis Hopkins - [signature] F22518
PO BOX 253 Columbus Junction, IOWA 52753

1-11-08 / 1-26-08 [signature] RONALD J. PEER F44493
80. South Market St. San Jose Ca. 95110

2/21/07 1/26/08 [signature] F33553 Tom Foakes
670-B SOQUEL RD #229 APTOS, CA 95003

Christopher Schaf T65334 [signature]
6595 Meadowland Cir
Erie, Pa 16509 C/O Mary Nelson

1/22/08 1-26-08 Aaron Killingsworth T87344 [signature]
357 Ellis St
San Francisco CA
94102

1/26/08 9/13/07 Tommy Lee Boggs
~~[illegible]~~ 1005 shore drive Ashville ALA. 35953

JOHN WA[illegible] [illegible] 12/15/[illegible] – 1/[illegible]/08
711 BOYES BLVD
SONOMA, CA. 95476

DAVID HOSTLER T-43967 1-23-08 / 1-26-08
PO Box 626
HOOPA, CA. 95546

CHARLES HELMICK T-77502 1/3/08 – 1/26/08
4053 PETALUMA BLVD N
PETALUMA, CA. 94952

DAVID MAUPIN T-08117 12/3/07 – 1/26/08
1400 BOWE AVE # 1703
SANTA CLARA, CA 95051

THOMAS PURCELL T-39668 1/3/08 – 1/26/08
278 Fairview Dr.
Vacaville, Ca. 95687

KEVIN DEXTER - V-39434 1-15-08 – 1-26-08
210 PANORAMA dR.
Benicia, Ca, 94510

Allen Keltner F-55177 11-26-08 1-26-08
PO box 1196
Nice Ca. 95464

JOHN FRADET F-22270 12/26/07 – 1/26/08
2705 S 133 ST
SEATTLE, WA. 98168

SEBASTIAN UDALA T-75068 1/10/08 - 1/26/08
5712 CAMP ST
CYPRESS, CA. 90630

ANTHONY JERMANON F-76123 1/10/08 - 1/26/08
670-B GARCIA AVE
PITTSBURG, CA. 94565

BRIAN MELLO P-38195 9/08 - PRESENT 1-26-08
P.O. BOX 707
Arcata, CA
95518

Daniel Egger V-28050 1-3-08 - 1-26-08
P.O. Box 8278
Eureka, Ca
95502

Nathan LaCount T-76099 12-2-07 / 1-26-08
1576 Peninsula, Drive.
Arcata, Ca. 95521

Dennis Kanen F-11366 1-7-08 / 1-26-08
1225 Wetter way
Red Bluff CA.
96080

Richard Leroy Chauncey
CDC# F24456 10/30/07 1/27/08
890 HAYES ST S.F. CA 94117

ERICK COPELAND T-70368 10 · ·07 / 1-26·08
P.O. BOX 1044
GUALALA, CALIF. 95445

11/25/07
1/26/08
Jonathan Drew Shuman V77503
3600 Sebastopol Rd DOB 10 30 74
Santa Rosa CA 95407

Robert Williams V-79549 12/20/07
115 D Coral ST 1/26/08
SANTA CRUZ, CA. 95060

JERRY SCHLEGEL #F59841
3974 Loganberry Dr
SAN Jose CA 95121

1/26/08 / 1-26-08 THOMAS GRZYMSKI #V36131
1112 E street Apt # B2
Eureka, CA 95501

Jason Losey F-60464 Jan-3-2008 – Jan 28-200[illegible]
2333 Heiser Ln.
Eureka CA. 95501

Gary Valentine V-70854 12/27/07
1/26/08
23636 Hoag Rd
Corning CA, 96021

Jason Q Miller F-01109
939 ford st
Fieldbrook, CA 95519

T-13958 FRANCIS B DOORISH — 8-20-07 / 9-24-07 / 11-21-07 / 1-30-08
10214 N.E. 24th
BELLEVUE WA 98004

1/20/08 – 1/26/08 DAVID Patton F26708
1345 Clarmont St
San Mateo 94402

V-61094 (1/2/08 – 1-26-08) Smith John PO Box 234 Magalia Ca 95954

V-50452 (12-10-07 / 1-26-08) David Ruhl 628 Wendy way Paradise CA

F-76017 (9/25/07 – 1/26/08) Wm Cantrell PO BOX 3204 Eureka CA 95502

S.C. Scotti Caya V-07355 12-24-07 / 1-26-08
88 PERRY St # 646
SF CA. 94103

Joaquin Vasquez T-51447 12/18/07 1/26/08
948 Jones Ave
Pinole Ca 94564

Martin James P-54455 11-28-07 / 1-26-08
3824 Jacobs Ave
Eureka, CA. 95002

97m 83UP

JON Cunningham T-43996 JAN 2-2008 Thru J-26th 2008
26095 UNDERWOOD AVE HAYWARD CA, 94544

JAMES SUNNER P39521 (DEC 27 2007) 1-26-08)
525 5th ST S F CA 94107

Seames Castelblanco V-55519 (11-26-07/1-26-08)
1744 University Ave, Berkeley CA 94703

RON FREEMAN V. 41452 9/25/07 - 1.26.08
PO Box 542
STENSON BEACH, CA. 94970

Christopher DEufemia V-82019 1-3-08/1-26-0
219 Campbell ave.
Vallejo Ca, 94590

JOHN SLY T-77541 10-30-07 - 1-26-0
740 TRAVIS BLVD
FAIRFIELD CA 94533

MARCO SIMONETTI V.94009 9/30/07 - 1/26/08
875 GENEVA AVE
SF, Ca 94112

RICHARD HAHN T-21085 12-26-07/1-26-08
1411 8th ST APT A
EURIKA, CA. 95501

Anthony Pratt SR T-88008
Po Box 175
Hoopa Ca 95546
~~30 days 50 fox~~ 12/6/07 – 1.26.08

JOSE VALENCIA V-05989 1/5/08 – 1/26/08
1324 S ALMADEN AVE
SAN JOSE, CA ~~[illegible]~~ 95110

GARY BOGGS F-18878 1-11.08 / 1-26.08
745 A ST #5
TRACY, CA. 95376

Tommy Scogland CDC# K-93478 11-27-07-1-26-08
P.O. Box 320
Alamo, Ca. 94507

IVAN O'DAY-F17193 NOV-28-08 TO JAN-26-08
1851 INDIAN VALLEY ROAD
NOVATO, CA, 94947

M. Baumler - J96554
PO #634 Eureka, ca Dec 27 to now Jan-26/08

Chris Loux E-63070 Dec 7 to 1-26-08
17 Lombardi CT
PETALUMA, CA 94954

Brian Vaughan V39359 Jan 10 - Present
98 Mosswood Dr
Suisun Ca 94587

MICHAEL HAYES V12861 JAN 24 TO 29 2008
PRESENT.
900 HOPPER ST
PETALUMA, CA. 94952

PAUL PIMENTEL T-74537 1-22-08 1-27-08
2827 PINE CREEK CT
CAMERON PARK, CA. 95682

JOHN WHITE P-71837
SQSP/RC
SANQUENTIN, CA 94964

08-760
PJH

*URGENT*

RECEIVED
JAN 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN QUENTIN NSF STATE PRISON

Legal Mail

C/O COURT CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

94102$3661 C004