E-filing

**FILED**
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN WHITE ET ALII )
            )
        Plaintiff, )   CV NO. 08    0760
            )
    vs.      )   PRISONER'S
CDCR DIRECTOR TILLMAN )   APPLICATION TO PROCEED
ET ALII E CONTRA )   IN FORMA PAUPERIS
        Defendant. )

PJH
(PR)

I, JOHN WHITE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ∅             Net: ∅
Employer: N/A

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _FISHERMAN  15% OF CATCH  (1984)_____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or              Yes ___ No ✗
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No ✗
12          or royalties?
13     c.   Rent payments?                       Yes ___ No ✗
14     d.   Pensions, annuities, or              Yes ___ No ✗
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ___ No ✗
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _N/A_____
22  _____

23  3.    Are you married?                       Yes ___ No ✗
24  Spouse's Full Name: __N/A_____
25  Spouse's Place of Employment: __N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $__∅_____ Net $__∅_____
28  4.    a.   List amount you contribute to your spouse's support:$ __∅__

IS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  N/A
6  _____

7  5.  Do you own or are you buying a home?        Yes ___ No X
8  Estimated Market Value: $ ∅    Amount of Mortgage: $ ∅
9  6.  Do you own an automobile?                   Yes ___ No X
10 Make N/A    Year N/A    Model N/A
11 Is it financed? Yes ___ No X    If so, Total due: $ ∅
12 Monthly Payment: $ ∅
13 7.  Do you have a bank account? Yes ___ No X (Do not include account numbers.)
14 Name(s) and address(es) of bank: N/A
15 _____
16 Present balance(s): $ ∅
17 Do you own any cash? Yes ___ No X    Amount: $ ∅
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No X
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ ∅                    Utilities: N/A
23 Food: $ ∅                    Clothing: N/A
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 N/A                    $ ∅                    $ ∅
27 N/A                    $ ∅                    $ ∅
28 N/A                    $ ∅                    $ ∅        9.  Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  CDCR RESTITUTION ($400.00)
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  N/A
10
11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  1·27·08                              [signature]
17      DATE                        SIGNATURE OF APPLICANT