UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN N. WHITE,

    Plaintiff,                                      No. C 08-0760 PJH (PR)

    v.                                           **ORDER OF DISMISSAL**

DIRECTOR OF CORRECTIONS, et al.,

    Defendant(s).
_____/

    This pro se civil rights action was filed on January 31, 2008. On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient in specified ways. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed.

    No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file. No fee is due.

    **SO ORDERED.**

Dated: March 31, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN N WHITE,

        Plaintiff,

  v.

DIRECTOR OF CORRECTIONS et al,

        Defendants.

Case Number: CV08-00760 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John N. White P-71837
San Quentin State Prison
Gym 338
San Quentin, CA 94964

Dated: March 31, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk