1
2
3                          UNITED STATES DISTRICT COURT
4                         NORTHERN DISTRICT OF CALIFORNIA
5
6
   JOHN N, WHITE,
7
            Plaintiff,                          No. C 08-0760 PJH (PR)
8
       v.                                       **JUDGMENT**
9
   DIRECTOR OF CORRECTIONS, et al.,
10
            Defendant(s).
11  _____/

12       Pursuant to the order signed today, a judgment of dismissal without prejudice is
13  entered against plaintiff and in favor of defendants.
14       **SO ORDERED.**
15  Dated:  March 31, 2008
16                                              _____
                                                PHYLLIS J. HAMILTON
17                                              United States District Judge
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN N WHITE,

        Plaintiff,

v.

DIRECTOR OF CORRECTIONS et al,

        Defendants.

Case Number: CV08-00760 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John N. White P-71837
San Quentin State Prison
Gym 338
San Quentin, CA 94964

Dated: March 31, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk